**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| TLS MANAGEMENT AND MARKETING SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RICKY RODRÍGUEZ-TOLEDO, *et al*.<br><br>Defendants. | Civil No. 15- _____ (____) |

**VERIFIED COMPLAINT'S INDEX OF EXHIBITS**

Exhibit 1          ASG's Certificate of Incorporation.

Exhibit 2          Offer of Employment Letter dated March 13, 2012.

Exhibit 3          Rodríguez's SCA dated March 13, 2012.

Exhibit 4          Rodríguez's Agreement Letter dated July 31, 2012.

Exhibit 5          Rodriguez's Second Offer of Employment Letter dated August 24, 2012.

Exhibit 6          Rodríguez's NDA dated September 1, 2012.

Exhibit 7          Santo Domingo's NCA dated February 11, 2013.

Exhibit 8          USB Device Log.

Exhibit 9          Excel Spreadsheet - Rodríguez's "Dropbox" Log dated February 22, 2014.

Exhibit 10        Screenshot of Rodriguez's Notability Application.

Exhibit 11        Screenshot of the Information about the document titled "Temas de conversación sobre negocio Nuevo" – General View.

Exhibit 12        Screenshot of the Information about the document titled "Temas de conversación sobre negocio Nuevo" – Details View.

Exhibit 13        Document - "Temas de conversación sobre negocio Nuevo."

| Exhibit 14 | Emails between Rodríguez and Runge dated April, 2014. |
| Exhibit 15 | Screenshot of the Contents of Rodríguez's Flash Drive's dated January 12, 2015. |
| Exhibit 16 | Rodriguez's Resignation Letter dated January 16, 2015. |
| Exhibit 17 | Runge's Email to Rodríguez regarding certain Brokers dated April 28, 2014. |
| Exhibit 18 | Rodríguez's Email to Santo Domingo regarding certain Brokers dated April 29, 2014. |
| Exhibit 19 | Rodríguez's Email regarding PRIDCO dated April 29, 2014. |
| Exhibit 20 | Rodríguez's Email to Goldman dated February 17, 2015. |
| Exhibit 21 | Harris' First letter dated June 24, 2015. |
| Exhibit 22 | Hospice's Second Letter dated June 24, 2015. |
| Exhibit 23 | Sandpiper's Certificate of Formation of a Limited Liability Company. |
| Exhibit 24 | Schumacher's First Letter dated June 24, 2015. |
| Exhibit 25 | Schumacher's Second Letter dated July 9, 2015. |
| Exhibit 26 | Marlin's Services Agreement. |
| Exhibit 27 | DRRLC's Certificate of Formation of a Limited Liability Company. |
| Exhibit 28 | Renguso's First Letter dated June 24, 2015. |
| Exhibit 29 | Renguso's Second Letter dated July 9, 2015. |
| Exhibit 30 | Trinity's Certificate of Formation of a Limited Liability Company. |
| Exhibit 31 | Services Agreement between Hospice and TLS. |
| Exhibit 32 | Harris' Letter to TLS dated November 18, 2014. |
| Exhibit 33 | Harris' Email to TLS dated December 3, 2014. |
| Exhibit 34 | Harris' Un-executed Assignment Agreement. |

Exhibit 35            Schumacher's Un-executed Assignment Agreement

Exhibit 36            Renguso's Un-executed Assignment Agreement.