| | | |
|---|---|---|
| **From:** | Juan Carlos Suárez <Juan.Suarez@ddec.pr.gov> | Exhibit No. 1 |
| **Sent:** | Tuesday, September 30, 2014 4:19 PM | |
| **To:** | Ricky Rodriguez <rrodriguez@tlsresources.net> | |
| **Subject:** | RE: Yesterday's Call | |

---

Hello Ricky,

Excuse me for not having been able to answer your call. I have been in a meeting all day. I will try to get you later, if not tomorrow.

Juan Carlos Suárez Izquierdo
**Assistant Secretary**
**Department of Economic Development and Commerce**
355 Ave. Roosevelt, Suite 401 |Hato Rey, Puerto Rico
P.O. Box 362350 | San Juan, PR 00936-2350
D. 787-765-2900 | F. 787-753-6574 | www.ddec.gobierno.pr

 

**From:** Ricky Rodriguez [mailto:rrodriguez@tlsresources.net]
**Sent:** Tuesday, September 30, 2014 2:18 PM
**To:** Juan Carlos Suárez
**Subject:** Yesterday's Call

Juan Carlos,

I hope you are well. Yesterday both you and us left with a bad taste in connection with our conversations. That is the reason why I wanted to talk to you in private. You must understand that what we have created has a lot of intellectual property and therefore we want to protect it. In the past we have not protected it adequately and it has caused us competition.

We are an audited entity and in addition we are very jealous of our regulatory compliance. This does not mean that we cannot do things different from others, but within the framework of the law and of our decree.

Let me know when we can talk. It can be by telephone, in my office, in your office, or at lunch.

Regards,

*Ricky Rodríguez, CPA*
Managing Director
**TLS Management and Marketing Services LLC**

270 Muñoz Rivera Avenue, PH-1
San Juan, PR 00918
Email: rrodriguez@tlsresources.net
Office: 787.622.3241 Ext. 2
Mobile: 787.550.8504
Fax: 888.274.1671

**WARNING**: This communication contains privileged information property of **TLS Management and Marketing Services LLC.** This information and/or any attachments are for exclusive use of the intended recipient. If you received this communication by error, you are hereby notified that any action taken over its content is strictly prohibited.

**AVISO**: Este comunicado contiene información privilegiada propiedad de **TLS Management and Marketing Services LLC.** Esta información y/o cualquier archivo adjunto son para uso exclusivo del destinatario. De haber recibido esta comunicación por error, se le notifica que cualquier acción tomada sobre su contenido está estrictamente prohibida.

**CERTIFICATION**

I, OLGA M. ALICEA, AN ENGLISH-SPANISH INTERPRETER AND TRANSLATOR CERTIFIED TO THAT EFFECT BY THE ADMINISTRATIVE OFFICE OF THE U.S. COURTS AND BY THE NATIONAL ASSOCIATION OF JUDICIARY INTERPRETERS & TRANSLATORS, AND MEMBER IN GOOD STANDING OF THE AMERICAN TRANSLATORS ASSOCIATION, DO HEREBY CERTIFY THAT I HAVE PERSONALLY TRANSLATED THE FOREGOING DOCUMENT FROM SPANISH TO ENGLISH AND THAT THE TRANSLATION IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND ABILITIES

S/ OLGA M. ALICEA                 August 31, 2015

OLGA M. ALICEA, FCCI, NJITCE-S (FED. CERT. NO. 98-005)          DATE