CERTIFIED TRANSLATION
00011170.Htm
BY: OLGA M. ALICEA, FCCI, NJITCE-S

| | | Exhibit No. 2 |
|---|---|---|
| **From:** | Miguel Santo Domingo <msantodomingo.esq@gmail.com> | |
| **Sent:** | Thursday, January 29, 2015 9:29 AM | |
| **To:** | Ricky Rodriguez <rrodriguez@tlsresources.net> | |
| **Subject:** | business card modified | |
| **Attach:** | Business_Card(1).zip | |

--
Miguel Santo Domingo, Esq.
787 414 8885

Success is Inevitable!
PS.  I am sure that together we will be able to achieve what individually would be a dream!!!

CERTIFICATION
I, OLGA M. ALICEA, AN ENGLISH-SPANISH INTERPRETER AND TRANSLATOR CERTIFIED TO THAT EFFECT BY THE ADMINISTRATIVE OFFICE OF THE U.S. COURTS AND BY THE NATIONAL ASSOCIATION OF JUDICIARY INTERPRETERS & TRANSLATORS, AND MEMBER IN GOOD STANDING OF THE AMERICAN TRANSLATORS ASSOCIATION, DO HEREBY CERTIFY THAT I HAVE PERSONALLY TRANSLATED THE FOREGOING DOCUMENT FROM SPANISH TO ENGLISH AND THAT THE TRANSLATION IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND ABILITIES

S/ OLGA M. ALICEA                                         August 31, 2015
OLGA M. ALICEA, FCCI, NJITCE-S (FED. CERT. No. 98-005)              DATE



