## SWORN STATEMENT

I, Brad G. Schumacher, legal of age, married, businessman and resident of St. Charles, Illinois, voluntarily, under oath and subject to perjury declare the following:

1. That my personal information above is correct;
2. That Mr. Ricky Rodriguez never solicited my company Marlin Environmental, Inc. or myself to become a client of Global Outsourcing Services, LLC;
3. That I'm not nor is any of my businesses are a current client of Global Outsourcing Services, LLC;
4. That Mr. Ricky Rodriguez and I have a personal friendship besides any business relationship;
5. That on February 19, 2015 I contracted with ASG in order for the firm to assist me in a business acquisition, not related to Marlin Environmental, Inc.;
6. That when Mr. Rodriguez rescinded from TLS in January 2015, he encouraged me to continue been a client of TLS;
7. That during the month of May 2015, I informed Mr. Rodriguez that our company Marlin Environmental, Inc. was canceling the contract with TLS due to personal reasons;
8. That on a conversation in May 27, 2015, I requested assistance from ASG on the tax impact due to our departure from the TLS strategy in Puerto Rico;
9. That the services provided by ASG have not been offered nor provided by TLS; and,
10. That in the process of the services provided by ASG, my company and myself provided ASG will all the documentation related to the TLS strategy for their analysis and review of the tax impact.

Respectfully submitted.

In _SCHAUMIE S_, Illinois this _3rd_ day of September, 2015.

By: _____

Brad G. Schumacher

Sworn and subscribe to before me by Brad G. Schumacher to whom I know personally or have been able to identified in _St. Charles_, Illinois this _3rd_ day of September, 2015.

BRIAN P. GRAY
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
January 23, 2018

September 3rd, 2015

Jay Harris
522 S Edmonds Lane, Suite 103
Lewisville, Tx 75067

To whom it may concern,

Ricky Rodriguez, who formerly directed operations for TLS,Puerto Rico was my point of contact for TLS, as I was a client of theirs. I discovered that Todd Mardis was being sued by Dave Runge, director of TLS. I called and spoke to Todd Mardis by phone on March 10, 2015 and he told me Ricky Rodriguez was no longer with TLS. I asked Todd for Ricky's contact information and he emailed that to me. (see copy of email.)

I then called Ricky. Ricky never Spoke to me before this date. On March 10, 2015 I asked Ricky if he would review the tax impact on my departure from TLS. I sent Ricky a copy of our TLS contract and financials for his review. I also provided my contact information to Ricky at that time.

For personal reasons I attempted to exit the TLS strategy since November 2014. On December 3, 2014, Ricky persuaded me to stay with TLS and to place my division in suspense. My division was billed $10,000 beginning in March 15, 2015 to keep it in suspense.

In March, 2015 I spoke with Jeremy Colombik, son of TLS co-owner Richard Colombik who advised me to exit the TLS strategy too.

Also, for the record, I was never solicited to become a client of Global Outsourcing Services and am not a current client either.

Sincerely,

Jay Harris

Sworn and subscribed to me on this 3rd day of Sept, 2015, In Denton County, in the state of Texas.

Signature-Notary Public

12-5-16
Date commission expires

RYAN ALAN MARSH
My Commission Expires
December 5, 2016

## SWORN STATEMENT

I, Robert Renguso, legal of age, married, businessman and resident of St. Charles, Illinois, voluntarily, under oath and subject to perjury declare the following:

1. My personal information above is correct.
2. Mr. Ricky Rodriguez never solicited my company Marlin Environmental, Inc. or myself to become a client of Global Outsourcing Services, LLC.
3. I am not, nor are any of my businesses, a current client of Global Outsourcing Services, LLC.
4. Mr. Ricky Rocriguez and I have a personal friendship besides any business relationship.
5. When Mr. Rodriguez resigned from TLS in January 2015, he encouraged me to continue being a client of TLS.
6. During the month of May 2015, I informed Mr. Rodriguez that my company Marlin Environmental, Inc. was canceling the contract with TLS due to personal and business reasons not inclusive of a) no longer having the capital to allow payments for an extensive marketing campaign, b) The business relationship between Robert Renguso and Brad Schumacher was dissolving and the assets of Marlin Environmental, Inc were being divided between two separate companies.
7. In a conversation on or about May 27, 2015, I requested assistance from Accounting Solutions Group (ASG) to assess the tax implications that would result from our planned departure from the TLS strategy in Puerto Rico.
8. The services provided by Accounting Solutions Group (ASG) have not been offered nor provided by TLS.
9. In the process of Accounting Solutions Group (ASG) providing the requested accounting services, Marlin Environmental, Inc. provided ASG with all the documentation related to the TLS strategy for their analysis and review for assessing the tax implications of our departure from the TLS - Puerto Rico Strategy.

Respectfully submitted,

In _St Charles_, Illinois, this _8th_ day of September, 2015.

By: _____

Robert E. Renguso

Sworn and subscribed before me by Robert Renguso to whom I know personally or have been able to identify in _Saiht Charles_, Illinois this _8th_ day of September, 2015.

_____
Notary Public

OFFICIAL SEAL
SHAWN D. WOLFE
Notary Public - State of Illinois
My Commission Expires 3/25/2019