## Lydia Ramos

| | |
|---|---|
| **From:** | Jay Harris <jay@harrishospice.com> |
| **Sent:** | Tuesday, November 17, 2015 12:09 PM |
| **To:** | Ricky Rodriguez |
| **Subject:** | FW: TLS Ownership and Loan Docs |
| **Attachments:** | Ownership Docs.zip; Loan Docs.zip |

**Importance:**     High

Ricky,

I cannot find the password to unlock these documents. Do you happen to remember the password?

Jay

**From:** Aileen Cuebas [mailto:acuebas@tlsresources.net]
**Sent:** Monday, March 31, 2014 6:06 PM
**To:** jay@harrishospice.com
**Cc:** Ricky Rodriguez
**Subject:** TLS Ownership and Loan Docs
**Importance:** High

Mr. Harris,

Attached are two zip files containing a set of documents for your review and signature.  We have also included instructions on what needs to be completed and/or signed on each document.  Once completed and signed, all of these documents need to be returned in original format (not copies) to my attention, to our office address listed below for execution on our side:

TLS Management and Marketing Services
Attn:  Aileen Cuebas
270 Muñoz Rivera Ave, PH-1
San Juan, PR  00918

Enclosed on the zip files are the following documents:

**Set #1 – TLS Ownership Documents**
    (a) Unit Ledger – Please sign on the first line, under "Signature".
    (b) Original Issue Membership Certificate – We have included a copy of your unit certificate, so you may be able to review it.  Our two Principals will sign this certificate.  Once signed, we may keep and safeguard the Certificate for you.  We safeguard documentation for over 150 entities.  The other option would be to send the certificate to you so you may keep and safeguard it.  It is very important for it to be kept in a dry, cool and safe place.  Please advise as to how you wish to handle it.
    (c) Buy-Sell Agreement – Please read it carefully, verify your information and sign.

**Set #2 – TLS Loan Program**
    (a) TLS Loan Application – Please complete Sections I, III, V, VI.
    (b) Security Agreement - Please read it carefully, verify your information and sign.
    (c) Promissory Note - Please read it carefully, verify your information and sign.
    (d) UCC Financing Statement Form – Please read it carefully, verify your information and sign on Line #6 – under "First Debtor".

(e) ACH/Wire Information Request Form – If your bank accepts ACH transactions, please complete the section called "ACH Information". If your bank account only accepts wire transfers, you should then complete the section called "Wire Transfer Information".

Please send the signed documents as soon as possible, so that we may process and file them accordingly. Please contact our office should you have any questions regarding the documents.

Kind regards,

*Aileen Cuebas*
Project and HR Manager
**TLS Management and Marketing Services LLC**
270 Muñoz Rivera Avenue, PH-1
San Juan, PR 00918
Email: acuebas@tlsresources.net
Office: 787.622.3241, Ext. 1
Mobile: 787.638.4795
Fax: 888.274.1671

WARNING: This communication contains privileged information property of **TLS Management and Marketing Services LLC.** This information and/or any attachments are for exclusive use of the intended recipient. If you received this communication by error, you are hereby notified that any action taken over its content is strictly prohibited.

AVISO: Este comunicado contiene información privilegiada propiedad de **TLS Management and Marketing Services LLC.** Esta información y/o cualquier archivo adjunto son para uso exclusivo del destinatario. De haber recibido esta comunicación por error, se le notifica que cualquier acción tomada sobre su contenido está estrictamente prohibida.