## SWORN STATEMENT

We, Miguel A. Santo Domingo Ortiz, legal of age, married, attorney and resident of San Juan, Puerto Rico and Ricky Rodriguez Toledo, legal of age, married, certified public accountant and resident of Gurabo, Puerto Rico, voluntarily, under oath and subject to perjury declare the following:

1. That our personal information above is correct.

2. That we are the only Managing Members of Global Outsourcing Services, LLC (the "Company"), with Department of State registry number 340718, a Limited Liability Company for profit and organized under the Laws of the Commonwealth of Puerto Rico.

3. That on July 14, 2014 the Company filed an application with the Office of Industrial Tax Exemption of the Department of Economic Development and Commerce ("DDEC") for the Act 20-2012 and the agency assigned the Case No. 14-20-S-94.

4. That on December 22, 2014 the DDEC approved a decree under Act 20-2012 for the Company under the case number 14-20-S-94.

5. That effective February 1, 2015 the ownership composition of the Company changed from having only one member – Miguel A. Santo Domingo Ortiz as the 100% owner, to have two members – Ricky Rodriguez Toledo owning 70% and Miguel A. Santo Domingo Ortiz owning 30%. Due to the aforementioned changes, the control of the Company changed on the same date, accordingly.

6. That pursuant the rules and conditions of the DDEC for companies with decrees under Act 20-2012, we are notifying the agency and paying the applicable fees for the changes in control to be noted on case number 14-20-S-94.

Respectfully submitted.

In San Juan, Puerto Rico this 22nd day of January, 2016.

Global Outsourcing Services, LLC

By: _____
Miguel A. Santo Domingo Ortiz
Managing Member

By: _____
Ricky Rodriguez Toledo
Managing Member

Affidavit No. 476

Sworn and subscribe to before me by Miguel A. Santo Domingo Ortiz and Ricky Rodriguez Toledo to whom I know personally or have been able to identified in San Juan, Puerto Rico this 22nd day of January, 2016.

_____
Notary Public