

# Illinois Department of Financial and Professional Regulation

**SPRINGFIELD** - The Illinois Department of Financial and Professional Regulation (IDFPR) announced today that the Directors of Professional Regulation, Daniel E. Bluthardt; Financial Institutions, Robert Meza; and, Insurance, Michael T. McRaith, signed the following disciplinary orders in **September, 2008**. Orders for the Division of Banking were authorized by Director Jorge Solis.

## Banks

### BANKS AND TRUSTS

**Access National Mortgage, Denver, CO** – ordered to cease and desist using bank's name without permission.

**Golden Oak Lending, St. Louis, MO** – ordered to cease and desist using bank's name without permission.

### PAWN SHOPS

**Action Pawn, Mt. Vernon** – pawn shop license fined $800 for filing renewal late.

**Pawn Central, Rock Island** – pawn shop license fined $100 for filing renewal late.

**Prairie Street Pawn Shop, Galesburg** – pawn shop license fined $100 for filing renewal late.

**Premiere Pawn, Mt. Vernon** – pawn shop license fined $1,000 for filing renewal late.

### RESIDENTIAL FINANCE

**UAM Corporation, Irvine, CA** – residential mortgage license (MB.6759328) fined $5,000 for unregistered loan originators.

**Brinkman Mortgage Group, Inc., Hickory Hills** – residential mortgage license (MB.6759195) revoked for failure to comply with the Department.

**Carteret Mortgage Corporation, Centreville, VA** – residential mortgage license (MB.0005435) revoked for failure to comply with the Department.

**Experienced Mortgage Professionals of Illinois, Inc., Wood River** – residential mortgage license (MB.0006730) revoked for failure to comply with the Department.

**First Star Financial Corporation, Schaumburg** – residential mortgage license (MB.6759248) fined $500 for failure to comply with advertising requirements.

**Lending Services, Inc., Norridge** – residential mortgage license (MB.0006973) revoked for failure to comply with the Department.

**Patriot Mortgage Company, Warrenville** – residential mortgage license (MB.0005981) fined $500 for failure to comply with examination requirements.

**Regal Mortgage, Inc., Lisle** – residential mortgage license (MB.0000997) revoked for failure to comply with the Department.

**Westlake Mortgage Corporation, Chicago** – residential mortgage license (MB.6759266) revoked for failure to comply with the Department.

**Best Mortgage Services, Inc., South Elgin** – residential mortgage license (MB.0006821) revoked order for failure to comply with the Department.

**Statewide Financial Services, Ltd., Chicago** – residential mortgage license (MB.0005056) suspended for failure to comply with net worth requirements.

**Albion Financial, Inc., Portage, MI** – residential mortgage license (MB.6759048) revoked order for failure to comply with the Department.

**First Switzerland Financial, Ltd., Chicago** – residential mortgage license (MB.0005388) fined $3,750 per Consent Order.

**MDR Mortgage Corporation, Palatine** – residential mortgage license (MB.0003154) revoked and fined $10,000 per Consent Order.

## <u>LOAN ORIGINATOR</u>

**Xiomara Garcia, Arlington Heights** – LO Registration (031.0009523) revoked due to false documentation in loan files.

# Financial Institutions

## CONSUMER CREDIT

**All American Cash Advance, Crystal Lake** – CILA licensee #2966 fined $5,400 for the following violations: incomplete, incorrect, improper disclosure of itemization of amount financed, and contract does not accurately disclosed schedule of payments.

**Express Title & Payday Loans, Inc., Wheeling** – CILA licensee #2071 fined $3,575 for the following violations:  APR and finance charge in TILA box not conspicuous, TILA box not properly completed, payment receipt does not show the required elements, contract does not accurately disclose the schedule payment or total, does not properly maintain individual account records, evidence of signed or acknowledged TILA disclosure is not in file, loan contract does not accurately disclose date of loan, APR not accurately disclosed, and off-site storage of records not approved.

**Kessler Partners, LLC d/b/a Aastro Title Lenders, LLC, Evergreen Park** – CILA licensee #2602 fined $2,700 for the following violations: security not properly disclosed, repossession file does not contain a copy of the condition of collateral, and repossession file does not contain receipt showing collateral purchased.

**Cashland Financial Services, Inc., Ottawa** – CILA licensee #3219 fined $2,100 for the improper disclosure of security.

**Cashland Financial Services, Inc., Pontiac** – CILA licensee #3104 fined $1,950 for the improper disclosure of security.

**Kessler Partners, LLC d/b/a Aastro Title Lenders, LLC., Chicago** – CILA licensee #2770 fined $1,625 for the following violations: wage assignment contained blanks, advertising for other business not at licensed location, did not have receipts to document charges in connection with sale of collateral, required wording by section was not used in the sale of collateral, repossession file does not contain a copy of the condition of collateral, repossession file does not indicate accurate state of final accounting, repossession file does not contain signed receipts on collateral transactions, repossession payment history account incorrect, disposal of repossessed collateral not done in a commercially reasonable manner, did not give written notice of intended sale/disposition of collateral, date of repossession not available, did not deliver an affidavit of defense, did not send Notice of the Right to Redeem, and annual percentage rate is not accurately disclosed.

**Wells Fargo Financial Illinois, Inc., Niles** - CILA licensee #1258 fined $1,500 for not having in the original file the notice of right to receive a copy of the appraisal.

**Sordi Inc., d/b/a Checks for Cash, Rochelle** - CILA licensee #2722 fined $1,200 for not accurately disclosing the annual percentage rate.

**CQC, Inc., d/b/a Carbondale Quick Cash, Carbondale** – CILA licensee #1360 fined $1,100 for the following violations:  compounding or collecting interest in advance and did not deliver or mail to borrower an affidavit of defense.

3

**The Money Place of Mattoon, Inc., Mattoon -** CILA licensee #2687 fined $1,000 for the improper disclosure of security.

**Check Into Cash Illinois, LLC d/b/a Check Into Cash, Springfield -** CILA licensee #1292 fined $1,000 for file not containing evidence of a contract signed or acknowledged by the borrower.

**Cash America Net of Illinois, LLC, Chicago –** PLRA licensee #1248 fined $30,125 for the following violations:  executed copy of paid contract retained in file, but not stamped  "Paid in Full", did not properly enter loans into the database when made, loans over 25% of borrower's income, did not provide required notice of consumer's right to a repayment plan, did not obtain any official documentation of borrower's income before making loan, did not enter into database that the loan was paid or cancelled on the date of transaction, did not verify loan was permissible, and APR not accurately disclosed.

**Great Lakes Specialty Finance, Inc., d/b/a Check 'n Go, Crestwood –** PLRA licensee #1132 fined $4,750 for not having official income documentation of the required type for a payday loan or prior to the 30 days preceding the loan.

**Cashland Financial Services, Inc., Villa Park –** PLRA licensee #1524 fined $3,800 for the following violations: making loans over 25% of borrower's income, did not enter into database that the loan was paid in full or cancelled on the date of transaction, and security not properly disclosed.

**Great Lakes Specialty Finance, Inc., d/b/a Check 'n Go, Glenwood –** PLRA licensee #1140 fined $2,250 for the following violations: official income documentation was not the required type for a payday loan and did not obtain official documentation of the borrower's income.

**Great Lakes Specialty Finance, Inc., d/b/a Check 'n Go, Chicago –** PLRA licensee #1127 fined $2,150 for the following violations:  did not obtain any official documentation of the borrower's income before making loan and security not properly disclosed.

**Cashland Financial Services, Inc., Pekin –** PLRA licensee #1534 fined $2,100 for improper disclosure of security.

**Great Lakes Specialty Finance, Inc., d/b/a Check 'n Go, Chicago –** PLRA licensee #1106 fined $2,000 for making loans over 25% of borrower's income.

**Great Lakes Specialty Finance, Inc., d/b/a Check 'n Go, Berwyn –** PLRA licensee #1086 fined $2,000 for not obtaining any official documentation of the borrower's income before making loan.

**Great Lakes Specialty Finance, Inc., d/b/a Check 'n Go, Chicago Heights –** PLRA licensee #1094 fined $2,000 for making loans over 25% of borrower's  income.

**Check Into Cash of Illinois, LLC, d/b/a Check into Cash, Des Plaines –** PLRA licensee #1210 fined $1,750 for failure to enter into database that the loan was paid in full or cancelled on the day of the transaction.

4

**Cashland Financial Services, Inc., Lincoln** – PLRA licensee #1528 fined $1,500 for the following violations:  licensee's name and address not properly disclosed on legal document and loan document or other legal instrument contains blanks.

**Check Into Cash of Illinois, LLC, d/b/a Check Into Cash, Matteson** – PLRA licensee #1212 fined $1,400 for the following violations:  file does not contain evidence of a contract signed or acknowledged, official documentation was not the required type for a payday loan, and did not obtain any official documentation of the borrower's income.

**Great Lakes Specialty Finance, Inc., d/b/a Check 'n Go, Chicago** – PLRA licensee #1126 fined $1,400 for the following violations:  file does not contain evidence of a contract signed or acknowledged, does not contain evidence of a signed Wage Assignment, and lender did not provide the required notice of consumer's right to a repayment plan.

**Great Lakes Specialty Finance, Inc., d/b/a Check 'n Go, Chicago** – PLRA licensee #1105 fined $1,250 for not having official income documentation of the required type for a payday loan or prior to the 30 days preceding the loan.

**Check Into Cash of Illinois, LLC, d/b/a Check into Cash, Waukegan** – PLRA licensee #1207 fined $1,150 for the following violations: did not provide requested documents during exam, did not enter into database that loan was paid in full or cancelled, and last two exams or related correspondence in permanent file.

**Cash American Net of Illinois, LLC, Chicago** – PLRA licensee #1248 fined $1,050 for not having official income documentation of the required type for a payday loan or prior to the 30 days preceding the loan.

**Great Lakes Specialty Finance, Inc., d/b/a Check 'n Go, Oak Park** – PLRA licensee #1077 fined $1,000 for failure to obtain official documentation of borrower's income before making loan.

**Great Lakes Specialty Finance, Inc., d/b/a Check 'n Go, Aurora** – PLRA licensee #1134 fined $1,000 for making loans over 25% of borrower's income.

**Illinois Lending Corporation, Chicago** – PLRA licensee # 1508 fined $1,000 for failure to verify that loan was permissible.

**Check Into Cash of Illinois, LLC, d/b/a Check into Cash, DeKalb** – PLRA licensee #1233 fined $1,000 for failure to enter into the database that the loan was paid in full or cancelled on the day the transaction was made.

**Consumer Financial Services Corporation, Elgin** – CILA licensee #2569 fined $1,650 for failure to release security.

## CURRENCY EXCHANGE

**Diversey Kedzie CE Inc., Chicago** – currency exchange licensee #2596 fined $3,150 for failure to maintain the statutorily required minimum net worth.

**21st & Ashland CE Inc., Chicago** – currency exchange licensee #3856 fined $2,550 for failure to maintain the statutorily required minimum net worth.

**New Mt. Greenwood CE Inc., Chicago** – currency exchange licensee #3252 fined $1,200 for failure to maintain the statutorily required minimum net worth.

# Insurance

**Terry L. Vaughn, Gretna, NE** – insurance producer license to sell fire and casualty insurance revoked as a result of an investigation, which revealed that the licensee is more than 30 days delinquent in paying child support and that he failed to facilitate and aid the Director in the examination.

# Professional Regulation

## ACCOUNTANT

**Richard M. Colombik, Itasca and Lawrence M. Cohn, Wheeling** – Columbik's public accountant license (065-008763) and Cohn's public accountant license (065-013374) both reprimanded and fined $2,500 for violating the Illinois Public Accounting Act.

## ARCHITECTS, LAND SURVEYORS, PROFESSIONAL ENGINEERS AND STRUCTURAL ENGINEERS

**Kenneth Campagna, Frankfort** – professional engineer license (062-032833) revoked and fined $5,000 after submitted sealed structural engineering plans without a structural engineering license.

## BARBER, COSMETOLOGY, ESTHETICS AND NAIL TECHNOLOGY

**Torrey T. Brown, Chicago** – barber license (006-063295) issued and placed on probation for three years due to felony convictions.

**Antonio M. Kendrick, Aurora** – barber license (006-062128) revoked due to a felony conviction.

**Andrea Rodriguez, Berwyn** – cosmetologist license (011-283048) issued and placed on probation for three years due to a felony conviction and unprofessional conduct.

6

**Debra Sneed, Chicago** – cosmetologist license (011-282821) issued and placed on indefinite probation for a minimum of four years due to a felony conviction.

## DENTAL

**Richard Boehm, Palos Hills** – dental license (019-022901) placed on probation for two years and controlled substance license (319-011847) indefinitely suspended for a minimum of two years after prescribed excessive controlled substances and prescribed controlled substances outside the scope of dentistry.

**Ronald Charles Brandenburg, Chicago** – dental license (019-015186) placed on probation for one year after practicing dentistry below the standard of care.

**Rodney D. Burge, Calumet City** – dental license (019-018644) placed in refuse to renew status, but stayed for 60 days, for failure to file and/or pay Illinois state income taxes.

**George Rivera, Elmhurst** – dental license (019-019116) placed in refuse to renew status, but stayed for 60 days, for failure to file and/or pay Illinois state income taxes.

## DETECTIVE, ALARM, SECURITY AND LOCKSMITH

**John P. Reidy, Elk Grove Village** – private alarm contractor license (124-001268) reprimanded and fined $3,000 due to employee registration violations.

**Anthony H. Alexander, Chicago** – permanent employee registration card (129-285177) placed on probation for one year due to criminal conviction.

**Edward Anderson, Chicago** – permanent employee registration card (129-211228) restored to probation for one year.

**Jeffrey J. Asta, Des Plaines** – permanent employee registration card (129-316437) issued and placed on probation for one year due to criminal conviction.

**Tysheena Bryant, Chicago** – permanent employee registration card (129-316439) issued and placed on probation for two years due to criminal conviction.

**Henry G. Coffee, Chicago** – permanent employee registration card (129-316440) issued and placed on probation for one year for failure to disclose criminal conviction.

**Juliana Contreras, Chicago** – permanent employee registration card (129-316443) issued and placed on probation for one year for failure to disclose criminal conviction.

**Trevecia M. Crawford, Hillside** – permanent employee registration card (129-133805) placed on probation for three years due to criminal conviction.

**Anthony Daniello, Addison** – permanent employee registration card (129-316444) issued and placed on probation for one year due to criminal conviction.

**Antonio Delgado, Chicago** – permanent employee registration card (129-316446) issued and placed on probation for two years due to criminal conviction.

**Rimmana Givens, Chicago** – permanent employee registration card (129-267380) restored to probation for one year.

**Ronald D. Granberry, Chicago** – permanent employee registration card (129-293007) indefinitely suspended due to conviction of domestic battery, theft and resisting arrest while on probation.

**Benjamin D. Hamilton, Schaumburg** – permanent employee registration card (129-316459) issued and placed on probation for one year for failure to disclose criminal conviction.

**Pedro Hernandez, Chicago** – permanent employee registration card (129-316448) issued and placed on probation for one year due to criminal damage to property.

**Arturo K. Hill, Justice** – permanent employee registration card (129-261599) placed on probation for three years due to criminal conviction.

**Robert A. Oliver, Oak Lawn** – permanent employee registration card (129-137802) indefinitely suspended for failure to file and/or pay Illinois state income taxes.

**Carey Suviel Robinson, Chicago** – permanent employee registration card (129-226163) revoked for being more than 30 days delinquent in the payment of child support.

**Delshawn O. Rowell, Chicago** – permanent employee registration card (129-186192) revoked for being more than 30 days delinquent in the payment of child support.

**Francisco Ruiz, Chicago** – permanent employee registration card (129-228431) revoked due to criminal conviction.

**David A. Smith, Chicago** – permanent employee registration card (129-app2827788) issued and placed on probation for two years due to criminal conviction.

**Herman J. Speights, Waukegan** – permanent employee registration card (129-316451) issued and placed on probation for two years for failure to disclose criminal conviction.

**Charles E. Swift, Burbank** – permanent employee registration card (129-316453) issued and placed on probation for three years for failure to disclose criminal conviction.

**Andre E. Torrence, Chicago** – permanent employee registration card (129-223823) placed in refuse to renew status for failure to report conviction.

**Leonard J. Weber, Orland Park** – permanent employee registration card (129-243580) placed in refuse to renew status for conviction of criminal sexual assault.

## ENVIRONMENTAL HEALTH PRACTICE

**Steffon Newsome, Elgin** – (unlicensed) ordered to cease and desist the unlicensed practice as an environmental health practitioner and as an environmental health practitioner in-training and assessed a civil penalty of $350.

## MEDICAL

**Jeffrey D. Blodgett, Palmdale, CA** – physician and surgeon license (036-079364) revoked after being disciplined in the states of Missouri and California.

**Gordon Leslie Cotell, Morton Grove** – physician and surgeon license (036-039771) reprimanded for failure to order blood tests prior to discharging patient.

**Mary K. Fay, Polk City, FL** – physician and surgeon license (036-061956) and controlled substance license (336-026500) indefinitely suspended for violation of Medical Practice Act.

**Michael T. Gadson, Timewell** – physician and surgeon license (036-077295) and controlled substance license (336-040430) placed on indefinite probation for a minimum of three years and fined $1,500 for violation of Medical Practice Act.

**Vishwanath S. Gundur, Springfield** – physician and surgeon license (036-091932) indefinitely suspended after being disciplined in the state of Indiana.

**Gisele McKinney, Lake Charles, LA** – physician and surgeon license (036-096217) reprimanded for possible improper delay of a C-Section until a Neonatologist was available.

**Marcia Monroe Moore, Marshall, MO** – physician and surgeon license (036-110542) reprimanded after being disciplined in the state of Virginia.

**Kurt Osmundson, Aurora** – physician and surgeon license (036-085355) and controlled substance license (336-047530) temporarily suspended due to unprofessional conduct, prescribing controlled substances for non-therapeutic purposes and controlled substance violations.

**William L. Ramanauskas, Chicago** – physician and surgeon license (036-078506) indefinitely suspended for violation of Medical Practice Act.

**Bodo E. Schneider, Steeleville** – physician and surgeon license (036-071559) placed on probation for one year and fined $3,000 after being disciplined in the state of Florida.

**Geoffrey R. Sebastian, Bensenville** – physician and surgeon license (036-087696) and controlled substance license (336-049607) placed on indefinite probation for a minimum of one year and fined $1,000 due to improper issuance of controlled substances to one patient.

**Monte L. Skaufle, Bettendorf, IA** – physician and surgeon license (036-064826) indefinitely suspended effective retroactive to 10/21/2006 after being disciplined in the state of Iowa.

**Earnest Alvin Turner, Lebanon, TN** – physician and surgeon license (036-104859) placed in refuse to renew status after being disciplined in the state of Tennessee.

**Jane M. Vogelmann, Evanston** – physician and surgeon license (036-088392) and controlled substance license (336-050236) placed on indefinite probation for a minimum of two years and fined $1,000 for violation of the Medical Practice Act.

**Morton D. Willcutts, Chamberlain, SD** – physician and surgeon license (036-038189) indefinitely suspended for failure to file and/or pay Illinois state income taxes.

**Nicholas Slimack, Chicago** – temporary medical permit (125-048942) shall be extended with reprimand for self-prescribing controlled substances.

**Natalia Doran, Rolling Meadows** – (unlicensed) ordered to cease and desist using the designation M.D. and/or Dermatologist in advertising and assessed a civil penalty of $1,000.

**Nicholas R. Leroy, Chicago** – chiropractor license (038-007739) reprimanded and fined $3,000 for violations of the Medical Practice Act.

**Thomas E. Senecey, Chicago** – chiropractor license (038-007871) indefinitely suspended for a minimum of one year due to unprofessional conduct.


## NURSING

**Shawna S. Barlow, Galesburg** – registered nurse license (041-252267) placed in refuse to renew status due to unprofessional and unethical conduct.

**Kelly E. Barnett, Princeton** – registered nurse license (041-3226687) placed on indefinite probation for a minimum of two years after diverting Vicodin from her hospital employer.

**Wilma Casey, Peoria** – registered nurse license (041-303729) placed on indefinite probation for a minimum of three years after attempted to obtain a controlled substance by calling in an unauthorized prescription.

**Susan Gale Costello, Champaign** – registered nurse license (041-168916) indefinitely suspended after testing positive for alcohol while working at a facility in the state.

**David James Desalvo, Bolingbrook** – registered nurse license (041-app259514) issued and placed on probation due to prior improper conduct as a massage therapist which resulted in that license being placed on probation; both probations to terminate on March 18, 2012.

**Ashley Anne Freeman, Chicago** – registered nurse license (041-343067) indefinitely suspended for a minimum of 12 months for failure to comply with terms of Care, Counseling and Treatment Agreement.

**Angela D. Glancy, Decatur** – registered nurse license (041-303211) placed on indefinite probation with work restrictions for a minimum of three years due to two DUI convictions.

10

**Amber N. Goodrum, Hoopeston** – registered nurse license (041-372106) issued and placed on probation for two years and fined $2,000 for working as a nurse after graduation, but prior to licensure.

**Marcia L. Holter, Algonquin** – registered nurse license (041-275542) placed on indefinite probation for a minimum of two years for attempting to obtain controlled substances from a pharmacy without authorization.

**Aimee M. Leute, Elgin** – registered nurse license (041-250468) reinstatement application denied and license placed in refuse to renew status after being disciplined in other states.

**Tonya Ann Moore, Rifle, CO** – registered nurse license (041-325617) restored to probation for three years.

**Laura A. Pfleger, Carrollton** – registered nurse license (041-314622) indefinitely suspended for a minimum of six months due to diverting controlled substances from her hospital employer for her own use, being impaired at work as the result of using controlled substances and failing to report to the Department an adverse final action by her health care institution employer.

**Kelly Akers, Springfield** – licensed practical nurse license (043-085971) restored to probation for three years.

**Linda K. Brazier, Springfield** – licensed practical nurse license (043-063746) indefinitely suspended due to patient abuse.

**Sharon Ellis, Centralia** – licensed practical nurse license (043-035863) placed on probation for two years for grabbing a glass out of a resident's hand and swore at the resident while employed at a facility in the state.

**Ricky Falls, Lewisburg, TN** – licensed practical nurse license (043-070334) restored to probation for three years.

**Gloria J. Graves, Joliet** – licensed practical nurse license (043-073794) placed on indefinite probation after defaulting on an Illinois educational loan and has now entered into a repayment agreement.

**Carrie A. Johnson, Lehr, ND** – licensed practical nurse license (043-084090) placed in refuse to renew status for violation the terms of her probation.

**Carolyn Pierce, Cody, WY** – licensed practical nurse license (043-101098) reprimanded for testing positive for marijuana in a random drug screen.

**Angela Thomas, Chicago** – licensed practical nurse license (043-073879) indefinitely suspended for failure to comply with conditions of probation regarding repayment of her Illinois educational loan.

**Carla J. Wasson, Cutler** – licensed practical nurse license (043-058481) placed on probation for three years due to the improper handling and dispensing of medications while working at a facility in the State.

**Leslie L. Whiteside, Galva** – licensed practical nurse license (043-082054) indefinitely suspended for failure to comply with conditions of probation regarding repayment of her Illinois educational loan.

**Paul Yonke, Milford** – licensed practical nurse license (043-081408) suspended after violating his probation by testing positive for alcohol.

## OPTOMETRY

**Herri C. Park, Chicago** – optometrist license (046-008581) reprimanded and fined $500 for failure to maintain adequate patient records to prove he conducted minimum eye examination concerning a patient.

## PHARMACY

**Fidel M. Ventura, Hickory Hills** – pharmacy technician license (049-173828) placed in refuse to renew status after diverting controlled substances.

**David L. Farnetti, Pekin** – pharmacist license (051-027555) indefinitely suspended for a minimum of two years for diverting substantial quantities of controlled substances from his pharmacy employer and in order to conceal his conduct, created fraudulent prescriptions and altered patient profiles.

**Vernon Dennis Loeffler, Camp Point** – pharmacist license (051-030520) suspended for three months and immediately followed by probation for one year for failure to use good faith practices in dispensing controlled substances.

**Douglas Eric Samuelson, Park Ridge** – pharmacist license (051-034415) placed on probation for four years after diverting controlled substances.

## PHYSICAL THERAPY

**Pinky Gallardo Aquino, Birmingham, AL** – physical therapist license (070-015377) reprimanded for taking an examination preparatory class which utilized live questions - later retook the examination and passed.

**Julia Rivas, Lindenhurst** – (unlicensed) ordered to cease and desist unlicensed practice as a physical therapy assistant and assessed a civil penalty of $500.

## PODIATRY

**Donna Jeanne Toren, Chicago** – podiatrist license (016-003158) placed on probation for one year due to unprofessional conduct concerning periodic self-medicating with podiatric controlled substances to treat her foot condition.

## PROFESSIONAL COUNSELORS

**Suzanne Metro Palmer, Grayslake** – clinical professional counselor license (180-005218) indefinitely suspended for a minimum of six months for engaging in a sexual relationship with a former client.

## PSYCHOLOGY

**James R. Hammond, Pleasant Prairie, WI** – clinical psychologist license (071004681) placed on indefinite probation after defaulting on an Illinois educational loan and has now entered into a repayment agreement.

**James W. Stein, Milwaukee, WI** – clinical psychologist license (071-006143) placed in refuse to renew status due to a felony conviction for sexual assault.

**William Weiss, Northfield** – (unlicensed) ordered to cease and desist the unlicensed practice of clinical psychology and assessed a fine of $10,000.

## REAL ESTATE

**Ronald Ritchhart, Lincoln** – real estate broker license (475-066384) indefinitely suspended for failure to complete continuing education requirements.

**Genevieve Rohr, Winfield** – real estate broker license (475-071676) indefinitely suspended for failure to complete continuing education requirements.

**Beulahmae Taylor, Downers Grove** – real estate broker license (475-072747) indefinitely suspended for failure to complete continuing education requirements.

**Victor Moreno, Chicago** – real estate salesperson license (476-377537) revoked for a minimum of 10 years and fined $25,000 for failure to return earnest money when transaction did not close and failure to account for money coming into his possession.

**James D. Worden, Lombard** – certified real estate appraiser license (553-001232) placed on probation for 12 months and fined $5,000 for preparing an appraisal that lacked credibility and which contained significant errors and omissions in that it failed to conform to USAP standard and was therefore misleading.

## ROOFING CONTRACTORS

**Shawn R. Hicks, Milan** – roofing contractor license (104-014247) revoked for being more than 30 days delinquent in the payment of child support.

## SOCIAL WORK

**Penny Ervin-Caldwell, Hoffman Estates** – social worker license (149-012445) reprimanded and fined $2,500 and clinical social worker license (150-003807) reprimanded after holding herself out as licensed to practice when her license was not renewed and presenting a false license to an employer.

## WHOLESALE DRUG DISTRIBUTORS

**Helget Gas Products, Inc., Omaha, NE** – wholesale drug distributor license (004-002669) reprimanded and fined $20,000 for operating as a wholesale drug distributor without a license for three years.

# # #