Mr. and Mrs. Donald T. Allen
5646 Youngstown Kingsville Road
Cortland, Ohio 444410-9717

May 9, 2016

Pennsylvania Bar Association
100 South Street
Harrisburg, Pennsylvania 17101

Dear Bar Association:

My wife and I are elderly Residents in the state of Ohio.  Late in 2012 we had the good fortune of leasing 54+ acres to British Petroleum of America for more than $200,000.00.  In New Castle, PA, Mr. Dave Runge of Boulder, Colorado, Tax Consultant for an LLC named "Tax Law Solutions" (TLS), pitched a tax savings plan involving investment of developmental funds in Puerto Rico.  The guarantee was that we could save a substantial amount of money by making this investment instead of paying the IRS.  We believed that Mr. Runge was a lawyer and thought he could save us a larger portion of our windfall, as was promised in his presentation.  We did our research and everything looked legitimate.  TLS claims on the internet that their Tax Consultants are lawyers.

After paying tens of thousands of dollars directly to TLS and depositing an additional $104,000.00 in the Puerto Rico tax shelter, we were instructed to "borrow" back 75% of our deposit ($78,000.00) and to leave the remaining $28,000.00 in our "personal" business account, at TLS in Puerto Rico.  From January 1, 2013, through December of 2015, Mr. Runge and his TLS associates have charged us interest on our $78,000.00 that was borrowed and have absconded the entire $28,000.00 on deposit.

We have now been told that Mr. Runge is not a lawyer, even though TLS claims that their "Tax Consultants" are lawyers.  You can probably see our frustration.  We were counting on the money in Puerto Rico as part of our retirement "nest egg".  During the three years from January of 2013 to December of 2015 we have never received an item by item accounting of our $28,000.00.  In February of this year I requested a complete item by item accounting and still do not have it.

Anything you can do to help us, and to prevent others from this same fate, will be appreciated.

Sincerely,


Mr. and Mrs. Donald T. Allen