## AFFIDAVIT OF FRANK A. DEVINCENT

State of Colorado       )
                        )ss.
County of Boulder      )

1.  I, Frank A. DeVincent, legal of age, attorney and resident of Boulder, Colorado, voluntarily, under oath and subject to perjury declare the following.

2.  That my personal information above is correct. I am of sound mind and not active duty military.

3.  That on February 4, 2015, I personally introduced Mrs. Ora Goldman to Mr. Ricky Rodriguez by providing Mrs. Goldman, Mr. Rodriguez contact information.

4.  That on February 18, 2015, I personally introduced Mr. Craig Hayward to Mr. Ricky Rodriguez by e-mail.

5.  That the e-mail or memo attached to this sworn statement "*Exh 20.pdf*" was never written by me or sent by me, nor was I aware before Mr. Ricky Rodriguez showed it to me on August 19, 2015 by e-mail.

6.  That Mr. Ricky Rodriguez has never approached me in order to get any TLS clients to his business Global Outsourcing Services, LLC.

Affiant further sayeth naught.

_____    9/6/2015

Frank A. DeVincent                  Date

This instrument was signed before me by Frank A. DeVincent on this 6ᵗʰ day of September, 2015.

[SEAL]
JULIE D. BOZEMAN
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires Nov. 16, 2015

_____

Notary Public
My Commission Expires: 11/16/2015