**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| TLS Management and Marketing Services, LLC<br><br>Plaintiff<br><br>v.<br><br>Ricky Rodríguez-Toledo, *et al.*<br><br>Defendants | Civil No. 15-2121 (BJM) |

### Motion In Limine to Exclude from the Evidence the Report and CV of Defendants' Purported Expert

TLS Management and Marketing Services, LLC ("TLS") requests that the court exclude from the evidence Defendants' purported expert report and CV.

Defendants seek to introduce their purported expert's report and CV as evidence. They should, however, be precluded from doing so because both the report and the CV constitute hearsay. See, Aponte-Davila v. Municipality of Caguas, 2017 WL 3025896, at *4 (D.P.R. 2017), citing, Mahnke v. Washington Metropolitan Area Transit Authority, 821 Fed. Supp.2d 125, 154 (D.D.C. 2011), and Sheffield v. State Farm Fire and Casualty Company, 2016 WL 3548550, *8 (S.D. Ga. 2016); Ake v. Gen. Motors Corp., 942 F. Supp. 869, 877-78 (W.D.N.Y. 1996).

WHEREFORE, TLS requests that the court exclude from the evidence Defendants' expert report and CV.

Respectfully submitted in San Juan, Puerto Rico, on July 13, 2018.

We certify that today we filed this document using the CM/ECF system, which will automatically send a copy to all counsel of record.

M | P | M   MARINI PIETRANTONI MUÑIZ LLC
255 Ponce de León Ave., Suite 500

San Juan, PR 00917
Office 787.705.2171
Direct 787.705.2174
Fax 787.936.7494
Email mpietrantoni@mpmlawpr.com
www.mpmlawpr.com

*S/ Manuel A. Pietrantoni*
Manuel A. Pietrantoni
USDC-PR No. 219805

*S/Valerie M. Blay Soler*
Valerie M. Blay Soler
USDC-PR No. 305511