March 11, 2016

BY: CERTIFIED MAIL 7002 2030 0000 7623 9412

Internal Revenue Service
Attn. Mr. Manuelle S. Rios
7 Tabonuco Suite 226
San Patricio Office Center
Guaynabo, PR  00968

Re. 2015-017270 Richard Colombik
2015-017272 David A. Runge

Mr. Rios:

As requested, I have included the Lexar 64G USB Drive that contains all the information regarding the aforementioned cases. The evidence is located on a folder named "1. Whistleblower". Within that folder, there are 4 sections identified by the specific illegal condition as defined in the PDF document named "Information for Regulators" that was previously sent to you and also available in this folder. Within each section folder, there is an Excel document that summarizes the tax impact of the individuals on the given illegal condition of the section folder.  I'll be available upon request to take you through the evidence, the process and the sections of the U.S. IRC.

Since I was not sure what information you might deem appropriate or relevant, I have also included a copy of my complete data file, in the event that I missed something that could assist your office complete the investigation. These are located on the folders named "2. Other Entities", "3. TLS (Bulk Data)", "4. Additional Information".

I have made two other exact copies of the Lexar 64G USB Drive, one that will go to the Internal Revenue Service Whistleblower Office in Phoenix, Arizona to the attention of Special Agent Joel Calandreli.  The remaining one, will be sent to my attorney Mrs. Lydia Ramos. The aforementioned three Lexar 64G USB Drives will be the sole holders of the evidence in the cases.

Please do not hesitate to contact me shall you have the need to.

Cordially,

Ricky Rodriguez