# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| TLS Management and Marketing Services, LLC<br><br>Plaintiff<br><br>v.<br><br>Ricky Rodríguez-Toledo, *et al*.<br><br>Defendants | Civil No. 15-2121 (BJM) |

## Motion for Leave to Reply to
## Opposition to Motion In Limine to Exclude Purported Whistleblower Evidence

TLS Management and Marketing Services, LLC ("TLS") requests leave to reply to Defendants' "Opposition to Motion in Limine" (the "Opposition"). (Docket 458). Defendants' Opposition raises several arguments and meritless accusation that TLS must address for the court to have a complete and accurate record. TLS tenders its Reply attached as Exhibit 1.

Respectfully submitted, in San Juan, Puerto Rico, on August 8, 2018.

We certify that on this same date we filed this document using the CM/ECF filing system, which will send a copy to all counsel of record.

M | P | M  MARINI PIETRANTONI MUÑIZ LLC
255 Ponce de León Ave., Suite 500
San Juan, PR 00917
Office 787.705.2171
Direct 787.705.2174
Fax 787.936.7494
Email mpietrantoni@mpmlawpr.com
www.mpmlawpr.com

*S/ Manuel A. Pietrantoni*
Manuel A. Pietrantoni
USDC-PR No. 219805

*S/Valerie M. Blay Soler*
Valerie M. Blay Soler

USDC-PR No. 305511