**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

TLS MANAGEMENT AND MARKETING SERVICES, LLC

        Plaintiffs

        Vs.

RICKY RODRÍGUEZ-TOLEDO, et al

        Defendants

' CIVIL NO.: 15-2121 (BJM)

**TRANSCRIPTION OF THE**

**CONTINUATION OF THE DEPOSITION**

**OF**

**MR. RICKY RODRÍGUEZ-TOLEDO**

DATE    :    Thursday, April 27, 2017

TIME    :    1:33 p. m.

PLACE    :    O'Neill & Borges Offices
250 Muñoz Rivera Ave. #800
San Juan, P.R. 00913

**COPY**

\* \* \* \* \*

**ESPINOSA-TOLEDO**
Taquígrafas de Récord
(939) 630-6631
(939) 630-6620
lawmelendez@gmail.com

58

Q    Which other offices are you referring to?

A    That's what he told me.  He didn't tell me which ones.

Q    Mister Ríos?

A    Yes.

Q    When did he tell you that?

A    About a month ago or so.

Q    What else did he tell you a month ago?

A    I'm not sure if I'm at liberty to... to respond to that.

Q    Please, go ahead.

DEPONENT:

Do I need to respond?

MRS. LYDIA M. RAMOS-CRUZ:

Well, I--I don't know if...  If it's privileged, I don't know.

DEPONENT:

I don't know.  I'm going to have to ask them, because...

MRS. LYDIA M. RAMOS-CRUZ:

Did you sign a...?

DEPONENT:

I signed a document with them, so I'm not sure if I can disclose this over to them.

MR. MANUEL A. PIETRANTONI-CABRERA:

Q    What document did you sign?

59

DEPONENT:

A    I'm not sure even the name of the document.    I didn't... wasn't given a copy to it.

MR. MANUEL A. PIETRANTONI-CABRERA:

Well, this is the problem we have.  You've disclosed all of this stuff that you sent to the IRS,--

DEPONENT:

Yes.

MR. MANUEL A. PIETRANTONI-CABRERA:

--e-mails, forms, and so forth.  So if there was any type of agreement, you've already breached it.    There's no privilege here.

DEPONENT:

No, because--

MR. MANUEL A. PIETRANTONI-CABRERA:

Your...  Every mo--

DEPONENT:

--I asked for--

MR. MANUEL A. PIETRANTONI-CABRERA:

Excuse me.  Every motion you file, every motion, every single motion you file, you tell the court that you have initiated a criminal investigation at the IRS against mister Runge and mister Colombik.  So I have a...  My clients have a right to know who at the IRS you've spoken to, what... who said what and how many times.

60

Q    So my question is, what else did you talk about with mister Ríos a month ago?

DEPONENT:

A    I'm not at liberty to say.

Q    Well, either you tell me now, we could do this the easy way or the hard way, or...  The easy way would be you telling me now, the hard way would be me filing a motion with the court for you to say.

A    I guess I have to ask the IRS whether I can discuss anything else.

MR. MANUEL A. PIETRANTONI-CABRERA:

Okay.  Let's take a break while we call the judge.

**[OFF THE RECORD]**

MR. MANUEL A. PIETRANTONI-CABRERA:

Q    Mister Rodríguez, my question was...  My last question, which you did not know if you can answer -correct me if I'm wrong- was, who said what during your last meeting with mister Manuel... I mean, with mister Ríos of the IRS, is that correct?

DEPONENT:

A    Correct.

Q    Okay.  Did you ever disclose to the IRS that you were filing motions and a Counter Claim stating that you had filed a Whistleblower Claim... Whistleblower Claim against mister Runge and mister Colombik?

77

Ohio...", and so forth.  It then says...  Actually, it says... Let me start over.  "I'm writing you because Ro... agent Ronald Gesell of the Criminal Division of the IRS in Ohio got in contact with a client of TLS, Donald Allen, to...", and then it goes on from there.  How do you know this?

A    I was...  I was told by my attorney.

Q    Did you...?  Have you spoken to mister Allen about this?

A    No.

Q    Have you spoken to mister Allen about anything?

A    Ever.

Q    Did mister Ríos ever tell you what was the status of that communication between agent Gesell and mister Allen?

A    I'm not at liberty to say.

Q    Well, I'm not asking whether he... what he told you, I'm asking whether he got in contact with him?

A    Yes.

Q    And when you say that you're not at liberty to say, would that be another issue, then, that we have to tell the court?

A    Yes.

MRS. LYDIA M. RAMOS-CRUZ:

What was the question?  Whether Gesell what?  Gesell what?

78

MR. MANUEL A. PIETRANTONI-CABRERA:

What mister Ríos told him with respect to his communication with agent Gesell.

Q    Is that what... what you're not at liberty to say?

DEPONENT:

A    Correct.

MRS. LYDIA M. RAMOS-CRUZ:

Let me write that.  What Ríos told you about the communications with...

DEPONENT:

With agent Gesell.

MR. MANUEL A. PIETRANTONI-CABRERA:

Let's go to the next exhibit, sir, which would be 53.

Q    Again, these are multiple exhibits, is that correct? I'm sorry, multiple e-mails.  Is that correct?

DEPONENT:

A    Yes.

Q    Did you either send...?  Did you either draft and send these e-mails or receive them?

A    Yes.

Q    These appear to be all between you and mister Ríos and some also include mister Víctor Andino.  Is that correct?

A    Yes.

Q    The e-mail on page 6, the last page, at the bottom, is between you and mister Ríos, and you also copied mister