| Form **211** (March 2014) | Department of the Treasury · Internal Revenue Service **Application for Award for Original Information** | OMB Number 1545-0409 |
|---|---|---|
| | | Date Claim received |
| | | Claim number *(completed by IRS)* |

**1. Name of taxpayer (include aliases) and any related taxpayers who committed the violation**

(1) Richard M. Colombik and (2) David A. Runge

**2. Last 4 digits of Taxpayer Identification Number(s) *(e.g., SSN, ITIN, or EIN)***

(1) 6164 (2) 2655

**3. Taxpayer's address, including ZIP code**
(1) 40 Hawthorne Lane Barrington Hills, IL 60010
(2) 2525 Arapahoe Ave. Suite E4-145 Boulder, CO 80302

**4. Taxpayer's date of birth or approximate age**

(1) 07/16/1953 (2) 08/09/1956

**5. Name and title and contact information of IRS employee to whom violation was first reported, if known**

**6. Date violation reported (in number 5), if applicable**

**7. Did you submit this information to other Federal or State Agencies**
[ ] Yes  [X] No

**8. If yes in number 7, list the Agency Name and date submitted**
I will later on.

**9. Is this** [X] New submission or [ ] Supplemental submission
If a supplemental submission, list previously assigned claim number(s)

**10. Alleged Violation of Tax Law *(check all that apply)***

[X] Income Tax    [ ] Employment Tax    [ ] Estate & Gift Tax    [ ] Tax Exempt Bonds
[ ] Employee Plans    [ ] Governmental Entities    [ ] Exempt Organizations    [ ] Excise
[ ] Other (identify) _____

**11. Describe the Alleged Violation. State all pertinent facts to the alleged violation. (Attach a detailed explanation and include all supporting information in your possession and describe the availability and location of any additional supporting information not in your possession.) Explain why you believe the act described constitutes a violation of the tax laws**

See attached.

**12. Describe how you learned about and/or obtained the information that supports this claim. *(Attach sheet if needed)***
While working for the two taxpayers on their business, I noted the continuous tax law issues on several of their practices. The issues existed even before I worked for the company and it aggravated after I left the company.

**13. What date did you acquire this information** From 2012 until 2015

**14. What is your relationship (current and former) to the alleged noncompliant taxpayer(s)? Check all that apply. *(Attach sheet if needed)***

[ ] Current Employee    [X] Former Employee    [ ] Attorney    [ ] CPA
[ ] Relative/Family Member    [ ] Other (describe) _____

**15. Do you still maintain a relationship with the taxpayer** [ ] Yes  [X] No

**16. If yes to number 15, describe your relationship with the taxpayer**

**17. Are you involved with any governmental or legal proceeding involving the taxpayer** [ ] Yes  [X] No

**18. If yes to number 17, Explain in detail. *(Attach sheet if needed)***

**19. Describe the amount of tax owed by the taxpayer(s). Provide a summary of the information you have that supports your claim as to the amount owed (i.e. books, ledgers, records, receipts, tax returns, etc). *(Attach sheet if needed)***
See attached

**20. Fill in Tax Year (TY) and Dollar Amount ($), if known**
TY 2011 $ 700,000  TY 2012 $ 1,800,000  TY 2013 $ 3,600,000  TY 2014 $ 4,700,000  TY Curr. $ 3,000,000

**21. Name of individual claimant**
Ricky Rodriguez

**22. Claimant's date of birth *(MMDDYYYY)***
04/13/1970

**23. Last 4 digits of Claimant's SSN or ITIN**
XXX-XX-9302

**24. Address of claimant, including ZIP code**
147 Ciudad Jardin
Gurabo, PR 00778

**25. Telephone number *(including area code)***
(787)550-8504

**26. Email address** ricky@asgcpas.com

**27. Declaration under Penalty of Perjury I declare that I have examined this application, all accompanying statement and supporting documentation, and, to the best of my knowledge and belief, they are true, correct, and complete**

Signature of Claimant

Date: July 17, 2015

Catalog Number 16571S          www.irs.gov          Form **211** (Rev. 3-2014)

<u>Detailed explanation for question No.11</u>

Both taxpayers included in Form 211 are affluent U.S. individuals that have paid little or no taxes for several years, but owned expensive vehicles, enjoy properties of high value throughout the nation and have extravagant lifestyles. They are also tax advisors that have spread their tax misbehavior on their clients.

They are using schemes to divert the income and even use strategies in the Turks and Caicos ("TC") to avoid taxation in the U.S.

I worked for them as Chief Financial Officer and later as Managing Director. Through my work I was disclosed information on how they illegally diverted millions of dollars to a company in the TC. The scheme as I review it was illegal and they have been using it for at least 5 years prior to my arrival. During my term, they diverted about $1.2M of U.S. taxable income yearly through the TC structure alone. They also diverted about another $1M or more of U.S. taxable income through shell entities in the U.S. Combined that I'm aware of, they diverted over $2M yearly of U.S. taxable income. One of the companies has been established for about 7 years and the other for about 8.

On top of that, they currently have a company in Puerto Rico ("PR") that have several tax issues that I will enumerate below:

1. The company is classified as a PFIC and none of the U.S. shareholders have performed their appropriate filings and paid the appropriate taxes.
2. The principals are claiming to be PR residents for tax purposes, but they are in breach of U.S. IRC §937. Therefore, their income is fully taxable in the U.S. In 2013 the income for one was $2M and 2014 close to $1M. For the other 2014 is about $2.5M
3. They are owners/employees and have a disproportioned and absurd allocation of wages and distributions, therefore owning money to the SSA.
4. They are currently operating a tax scam where clients pay them fees for doing nothing and then they return the money to the clients as loans to prevent U.S. taxation – to some even the next working day. The money is being tax in PR at 4% but it is not PR source income it is U.S. source income, as PR has done nothing to earn it (no economic substance). The materiality of this is for 2014 about $9M in fees paid by clients and about $5M currently. The scam involved their clients who trusted them in a tax scheme.

The location of the supporting information is located mostly in 268 Muñoz Rivera Avenue Suite 1006, San Juan, Puerto Rico 00918 and 1 Pierce Place Suite 460E Itasca, IL 60143. But some might be located at the taxpayers' home in IL and CO.

<u>Detailed explanation for question No.19</u>

The taxpayer have violated several sections of the code that I will summarized below:

1. Using a scheme to prevent U.S. taxation with entities both in the U.S. and the TC with disregard of U.S. IRC enacted rules. Amount of tax due here is to be determined but scheme is running for more than 9 years. When I joined amount was close to $2M a year with possible tax impact of $700K per year.

2. The PFIC classification should drive around $1M to $3.5 on taxes a year depending on the year. The auditor would have to decide whether to pursue the PFIC or the economic substance rule describe next.
3. The source of income and economic substance doctrines are in violation of the U.S. IRC. The PR entity is not performing services to claim the income in PR. If the IRS claim is sustained the amount of tax due could be around $2M to $4.5M
4. Tax Scheme – this is the process of paying the company money on day 1 and on day two the client receives the money back as a loan. No services were perform to sustain such initial payment. The loan is a disguise dividend or scheme to prevent U.S. taxation.

In terms of the supporting information regarding the claims, I have the following:

➢ Accounting systems backups for all the entities
➢ Domestic bank statements
➢ Offshore bank statements
➢ Contracts and Agreements
➢ E-mails
➢ Supporting reports and analysis on allocations of income
➢ Income tax returns for some of the entities
➢ Name and contact information for some of the clients
➢ Receipts
➢ Records
➢ Payroll reports

I have everything in electronic format and will make it available as requested.

This is perhaps one of the biggest cases for the IRS because it involves tax advisors that have been illegally diverting U.S. taxation for years and have done it for their clients. Therefore, you don't only get two illegal tax evaders, but you might get 20 in the process. They have also created over 5,000 tax strategies using their methodologies.

The IRS auditor will not be alone, I'm also an auditor and accounting professional that will assist throughout the process.

These individuals damage the profession and we should get them to justice.