```
                 UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO


TLS MANAGEMENT AND MARKETING    '  CIVIL NO.: 15-2121 (BJM)
SERVICES, LLC                   '
                                '
       Plaintiffs               '
                                '
          Vs.                   '
                                '
RICKY RODRÍGUEZ-TOLEDO, et al   '
                                '
       Defendants               '
                                '
```

# TRANSCRIPTION OF THE

# CONTINUATION OF THE DEPOSITION

# OF

# MR. RICKY RODRÍGUEZ-TOLEDO

```
DATE    :   Thursday, April 27, 2017

TIME    :   1:33 p. m.

PLACE   :   O'Neill & Borges Offices
            250 Muñoz Rivera Ave. #800
            San Juan, P.R. 00913
```

COPY

\* \* \* \* \*

**ESPINOSA-TOLEDO**
Taquígrafas de Récord
(939) 630-6631
(939) 630-6620
lawmelendez@gmail.com

58

1  Q    Which other offices are you referring to?
2  A    That's what he told me. He didn't tell me which
3  ones.
4  Q    Mister Ríos?
5  A    Yes.
6  Q    When did he tell you that?
7  A    About a month ago or so.
8  Q    What else did he tell you a month ago?
9  A    I'm not sure if I'm at liberty to... to respond to
10 that.
11 Q    Please, go ahead.
12 DEPONENT:
13     Do I need to respond?
14 MRS. LYDIA M. RAMOS-CRUZ:
15     Well, I--I don't know if... If it's privileged, I don't
16 know.
17 DEPONENT:
18     I don't know. I'm going to have to ask them, because...
19 MRS. LYDIA M. RAMOS-CRUZ:
20     Did you sign a...?
21 DEPONENT:
22     I signed a document with them, so I'm not sure if I can
23 disclose this over to them.
24 MR. MANUEL A. PIETRANTONI-CABRERA:
25 Q    What document did you sign?

59

1  DEPONENT:
2       A    I'm not sure even the name of the document.  I
3  didn't... wasn't given a copy to it.
4  MR. MANUEL A. PIETRANTONI-CABRERA:
5       Well, this is the problem we have.  You've disclosed all
6  of this stuff that you sent to the IRS,--
7  DEPONENT:
8       Yes.
9  MR. MANUEL A. PIETRANTONI-CABRERA:
10      --e-mails, forms, and so forth.  So if there was any type
11 of agreement, you've already breached it.  There's no
12 privilege here.
13 DEPONENT:
14      No, because--
15 MR. MANUEL A. PIETRANTONI-CABRERA:
16      Your... Every mo--
17 DEPONENT:
18      --I asked for--
19 MR. MANUEL A. PIETRANTONI-CABRERA:
20      Excuse me.  Every motion you file, every motion, every
21 single motion you file, you tell the court that you have
22 initiated a criminal investigation at the IRS against mister
23 Runge and mister Colombik.  So I have a... My clients have a
24 right to know who at the IRS you've spoken to, what... who
25 said what and how many times.

60

1  Q    So my question is, what else did you talk about with
2  mister Ríos a month ago?
3  DEPONENT:
4     A    I'm not at liberty to say.
5     Q    Well, either you tell me now, we could do this the
6  easy way or the hard way, or...  The easy way would be you
7  telling me now, the hard way would be me filing a motion with
8  the court for you to say.
9     A    I guess I have to ask the IRS whether I can discuss
10 anything else.
11 MR. MANUEL A. PIETRANTONI-CABRERA:
12    Okay.  Let's take a break while we call the judge.
13                        **[OFF THE RECORD]**
14 MR. MANUEL A. PIETRANTONI-CABRERA:
15    Q    Mister Rodríguez, my question was...  My last
16 question, which you did not know if you can answer -correct me
17 if I'm wrong- was, who said what during your last meeting with
18 mister Manuel...  I mean, with mister Ríos of the IRS, is that
19 correct?
20 DEPONENT:
21    A    Correct.
22    Q    Okay.  Did you ever disclose to the IRS that you were
23 filing motions and a Counter Claim stating that you had filed
24 a Whistleblower Claim...  Whistleblower Claim against mister
25 Runge and mister Colombik?

77

1  Ohio...", and so forth.  It then says... Actually, it says...
2  Let me start over.  "I'm writing you because Ro... agent
3  Ronald Gesell of the Criminal Division of the IRS in Ohio got
4  in contact with a client of TLS, Donald Allen, to...", and
5  then it goes on from there.  How do you know this?
6       A    I was...  I was told by my attorney.
7       Q    Did you...?  Have you spoken to mister Allen about
8  this?
9       A    No.
10      Q    Have you spoken to mister Allen about anything?
11      A    Ever.
12      Q    Did mister Ríos ever tell you what was the status of
13 that communication between agent Gesell and mister Allen?
14      A    I'm not at liberty to say.
15      Q    Well, I'm not asking whether he... what he told you,
16 I'm asking whether he got in contact with him?
17      A    Yes.
18      Q    And when you say that you're not at liberty to say,
19 would that be another issue, then, that we have to tell the
20 court?
21      A    Yes.
22 MRS. LYDIA M. RAMOS-CRUZ:
23      What was the question?  Whether Gesell what?  Gesell
24 what?
25

78

1  MR. MANUEL A. PIETRANTONI-CABRERA:
2      What mister Ríos told him with respect to his
3  communication with agent Gesell.
4      Q   Is that what... what you're not at liberty to say?
5  DEPONENT:
6      A   Correct.
7  MRS. LYDIA M. RAMOS-CRUZ:
8      Let me write that.  What Ríos told you about the
9  communications with...
10 DEPONENT:
11     With agent Gesell.
12 MR. MANUEL A. PIETRANTONI-CABRERA:
13     Let's go to the next exhibit, sir, which would be 53.
14     Q   Again, these are multiple exhibits, is that correct?
15 I'm sorry, multiple e-mails.  Is that correct?
16 DEPONENT:
17     A   Yes.
18     Q   Did you either send...?  Did you either draft and
19 send these e-mails or receive them?
20     A   Yes.
21     Q   These appear to be all between you and mister Ríos
22 and some also include mister Víctor Andino.  Is that correct?
23     A   Yes.
24     Q   The e-mail on page 6, the last page, at the bottom,
25 is between you and mister Ríos, and you also copied mister