# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **TLS MANAGEMENT AND MARKETING SERVICES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**RICKY RODRIGUEZ-TOLEDO, *et al.*,**<br><br>Defendants. | **CIVIL NO. 15-2121 (BJM)** |

## FINAL JUDGMENT

Judgment is hereby entered in favor of TLS Management and Marketing Services LLC and against defendants Ricky Rodriguez-Toledo, ASG Accounting Solutions Group Inc., and Global Outsourcing Services LLC in the amount of $32,557.50.

Permanent injunction is issued against these three defendants. *See* Docket No. 535.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of September, 2018.

*s/Bruce J. McGiverin*
BRUCE J. McGIVERIN
United States Magistrate Judge
