# United States Court of Appeals
## For the First Circuit

No. 19-1104

TLS MANAGEMENT AND MARKETING SERVICES, LLC,

Plaintiff, Appellee,

v.

RICKY RODRÍGUEZ-TOLEDO; ASG ACCOUNTING SOLUTIONS GROUP, INC.; GLOBAL OUTSOURCING SERVICES, LLC,

Defendants, Appellants,

LORRAINE RAMOS; CONJUGAL PARTNERSHIP RODRIGUEZ-RAMOS; MIGUEL A. SANTO DOMINGO-ORTIZ; MARI LOURDES CARDONA-JIMENEZ, a/k/a Mari Santo-Domingo; CONJUGAL PARTNERSHIP SANTO-DOMINGO-CARDONA; SANDPIPER, LLC; DRRLC & ASSOCIATES, LLC; TRINITY PR, LLC; GLOBAL TAX STRATEGY; INSURANCE COMPANY A; INSURANCE COMPANY B; INSURANCE COMPANY C,

Defendants.

**JUDGMENT**

Entered: July 21, 2020

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's decisions are reversed, and the matter is remanded with instructions to enter judgment for the defendants Ricky Rodríguez-Toledo, ASG Accounting Solutions Group, Inc., and Global Outsourcing Services, LLC.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Bruce J. McGiverin
Maria Antongiorgi Jordan, Clerk, United States District Court for the District of Puerto Rico
Lydia Margarita Ramos-Cruz
Miguel Emilio Miranda-Gutierrez
Alcides A. Reyes-Gilestra

Guillermo J. Ramos-Luina
Manuel A. Pietrantoni
Valerie M. Blay-Soler